# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2031
LT Case No. 2022-33316-COCI

_____

JACQUELINE JONES,

    Appellant,

    v.

CLYDE MORRIS LANDINGS
PARTNERS, LTD d/b/a Clyde
Morris Landings,

    Appellee.

_____

On appeal from the County Court for Volusia County.
Robert A. Sanders, Jr., Judge.

Jacqueline Jones, Daytona Beach, pro se.

William J. McCabe, Longwood, for Appellee.


April 30, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., and MAKAR and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————